UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>        Plaintiff,<br><br>  v.<br><br>WILLIAM ALSUP,<br><br>        Defendant. | Case No. 17-cv-04558-DMR<br><br>**ORDER DIRECTING CLERK TO REOPEN AND REASSIGN CASE TO A DISTRICT JUDGE** |

On August 28, 2017, the undersigned dismissed pro se Plaintiff Michael A. Bruzzone's complaint. [Docket No. 11.]  The United States Court of Appeals for the Ninth Circuit subsequently vacated the court's dismissal of the complaint on the ground that not all parties had consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), since not all parties had been served.  *See Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017). [Docket No. 21.]  Since it appears that this case requires a decision dispositive of the defendant and consent of all parties has not been obtained, the Clerk shall reopen and reassign this case to a District Judge pursuant to the Court's assignment plan.

**IT IS SO ORDERED.**

Dated: July 12, 2018

_____
Donna M. Ryu
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br>    Plaintiff,<br>v.<br>WILLIAM ALSUP,<br>    Defendant. | Case No. 4:17-cv-04558-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 12, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael A. Bruzzone
3766 Via Verdi
Richmond, CA 94803

Dated: July 12, 2018

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By:_____
                                        Ivy Lerma Garcia, Deputy Clerk to the
                                        Honorable DONNA M. RYU