UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ALSUP,<br><br>Defendant. | Case No. 3:17-cv-04558-JD<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 30 |

Over the past two decades, pro se plaintiff Michael Bruzzone has filed at least six lawsuits in both federal and state court against Intel Corporation. *See Bruzzone v. Intel Corp., et al.*, Case No. 14-1279 WHA, Docket No. 88 (Aug. 19, 2014 Order Granting Intel's Motion to Declare Michael Bruzzone a Vexatious Litigant). United States District Judge William Alsup declared Bruzzone to be a vexatious litigant with respect to Intel and its employees. *Id.* Judge Alsup found that Bruzzone had a "personal vendetta" against Intel and that "[n]one of Mr. Bruzzone's actions in federal and state court has survived the pleading stage." *Id.* at 10-11.

Bruzzone filed the instant action against Judge Alsup objecting to a number of orders entered in Bruzzone's 2014 suit against Intel. *See* Dkt. No. 1. Magistrate Judge Donna Ryu found the case completely barred by judicial immunity and dismissed the case with prejudice. Dkt. No. 11. Bruzzone appealed. The Ninth Circuit vacated and remanded because at the time of Judge Ryu's order, Judge Alsup had not been served and consequently had not been able to consent to magistrate judge jurisdiction. Dkt. No. 21. The case was reassigned to this Court.

Bruzzone has now filed an amended complaint. Dkt. No. 30. Like the initial complaint, the amended complaint takes issue with Judge Alsup's orders in Bruzzone's 2014 action against Intel. *See, e.g.*, Dkt. No. 30 at 12. As Judge Ryu has correctly determined, Bruzzone's lawsuit is barred by judicial immunity because he challenges only actions taken by a judge within the scope

of his judicial service. "A judge is generally immune from a civil action for damages . . . [and] actions for declaratory, injunctive and other equitable relief." *Moore v. Brewster*, 96 F.3d 1240, 1243 (9th Cir. 1996) (internal citation and quotation omitted). The amended complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 17, 2018

JAMES DONATO
United States District Judge